IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>ALL AMERICAN POWER AND GAS PA, LLC<br><br>    Defendant. | Case No. 2:20-cv-01173 |

## STIPULATION OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Stewart Abramson hereby voluntarily dismisses all of his individual claims against Defendant All American Power and Gas PA, LLC ("Defendant") in this action <u>with</u> prejudice, each party to pay their own costs. The putative class claims against Defendant are hereby voluntarily dismissed <u>without</u> prejudice, each party to pay their own costs.

Dated: June 23, 2021

**So Stipulated, Agreed to, and Respectfully Submitted By:**

/s/ *Anthony Paronich*
ANTHONY PARONICH
**PARONICH LAW, P.C.**
350 Lincoln St Suite 2400
Hingham, MA 02043
(508) 221-1510
Anthony@paronichlaw.com

*Counsel for Plaintiff*

400293969.1

<u>/s/ Fredrick P. Santarelli (with permission)</u>
Frederick P. Santarelli
Elliott Greenleaf & Siedzikowski, PC
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215-977-1000
Fax: 215-977-1099
Email: FPSantarelli@elliottgreenleaf.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically and served on all counsel of record in the above-captioned matter on June 25, 2021 via the Court's CM/ECF filing system/service.

<u>/s/ Anthony I. Paronich</u>